| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| 2 | STACY M. TUCKER (SBN 218942)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | 1001 Marshall Street, Suite 500<br>Redwood City, CA  94063-2052 |
| 4 | Telephone:     (650) 364-8200<br>Facsimile:      (650) 780-1701 |
| 5 | Email:          pcogan@rmkb.com; stucker@rmkb.com |
| 6 | Attorneys for LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CARR, | Case No. C13-5811 EMC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 10, inclusive | ORDER RESETTING CMC |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff DANNY CARR and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON have reached a settlement of all claims and causes of action in the above-referenced action.  The Parties are in the process of preparing the dismissal, which Defendant anticipates will be completed and filed within the next thirty (30) days.

//

//

//

//

//

//

RC1/7436547.1/SMT

- 1 -

NOTICE OF SETTLEMENT
CASE NO.  C13-5811 EMC

1    Dated: April 24, 2014           ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy M. Tucker*
    STACY M. TUCKER
    Attorneys for LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED that the CMC is reset from 5/13/14 to 7/10/14 at 9:30 a.m.  A joint CMC Statement shall be filed 7 days before the CMC.

_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7436547.1/SMT        - 2 -        NOTICE OF SETTLEMENT
CASE NO. C13-5811 EMC