1 | FRANK N. DARRAS #128904, Frank@DarrasLaw.com
2 | LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
2 | SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
3 | PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
3 | DARRASLAW
4 | 3257 East Guasti Road, Suite 300
  | Ontario, California 91761-1227
5 | Telephone:   (909) 390-3770
6 | Facsimile:    (909) 974-2121
7 | Attorneys for Plaintiff
  | DANNY CARR
8 |
  | PAMELA E. COGAN #105089, pcogan@rmkb.com
9 | STACY M. TUCKER #218942, stucker@rmkb.com
10 | ROPERS, MAJESKI, KOHN & BENTLEY
  | 1001 Marshall Street, Suite 500
11 | Redwood City, CA  94063
  | Phone: (650) 364-8200
12 | Fax: (650) 367-0997
13 | Attorneys for Defendant
14 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANNY CARR, | Case No: C13-05811 EMC |
|---|---|
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND (PROPOSED) ORDER** |
| vs. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DANNY CARR, and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: May 6, 2014                DARRASLAW

/s/ Lissa A. Martinez
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff
DANNY CARR

Dated: May 6, 2014                ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Stacy M. Tucker
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

## ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   5/12/14

HONORABLE
UNITED

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)